UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
  BRUCE CAMERON DAVIDSON,                    :
                                             :
                         Plaintiff,          :
                                             :            26-CV-1051 (VEC)
              -against-                       :
                                             :                 ORDER
  CAPITAL REALTY NY, LLC,                     :
                                             :
                                             :
                         Defendant.          :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 9, 2026, Plaintiff filed a Proposed Certificate of Default in this matter, *see* Dkt. 15;

WHEREAS on April 10, 2026, the Clerk of Court entered a Certificate of Default, *see* Dkt. 17; and

WHEREAS the procedure that parties seeking default judgment must follow is outlined in Rule 4.H. and Attachment A of the Undersigned's Individual Practices in Civil Cases.

IT IS HEREBY ORDERED that, not later than **Friday, May 8, 2026**, Plaintiff must move for default judgment in a manner consistent with the Undersigned's Individual Practices and Local Civil Rule 55.2.  Failure to move by such date may result in this case being dismissed for failure to prosecute.

**SO ORDERED.**

**Date:  April 24, 2026**
      **New York, New York**

_____
      **VALERIE CAPRONI**
      **United States District Judge**