UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

BRUCE CAMERON DAVIDSON,                      :
                                             :
                             Plaintiff,      :
                                             :          26-CV-1051 (VEC)
            -against-                        :
                                             :                ORDER
CAPITAL REALTY NY, LLC,                      :
                                             :
                                             :
                             Defendant.      :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 9, 2026, Plaintiff filed a Proposed Certificate of Default in this

matter, *see* Dkt. 15;

WHEREAS on April 10, 2026, the Clerk of Court entered a Certificate of Default, *see*

Dkt. 17; and

WHEREAS the procedure that parties seeking default judgment must follow is outlined

in Rule 4.H. and Attachment A of the Undersigned's Individual Practices in Civil Cases;

WHEREAS on April 24, 2026, the Court ordered Plaintiff to move for default judgment

in a manner consistent with the Undersigned's Individual Practices and Local Civil Rule 55.2,

and warned that failure to move by such date may result in this case being dismissed for failure

to prosecute, *see* Dkt. 19; and

WHEREAS on May 8, 2026, Plaintiff moved for default judgment, *see* Dkt. 20, but

appears to have made no attempt to follow the Default Judgment Procedure outlined in

Attachment A of the Undersigned's Individual Practices in Civil Cases; and

WHEREAS Plaintiff has failed, among other things, to file a Proposed Order to Show

Cause, to file a Proposed Default Judgment, to file an attorney affidavit containing any of the

information set forth in Rule 2.a of the Default Judgment Procedure, and to provide a courtesy copy of the relevant papers to Chambers via email.

IT IS HEREBY ORDERED that, not later than **Wednesday, May 13, 2026**, Plaintiff must move for default judgment in a manner consistent with the Undersigned's Individual Practices and Local Civil Rule 55.2.  **This is Plaintiff's final opportunity to comply with the Default Judgment Procedure outlined in Attachment A of the Undersigned's Individual Practices in Civil Cases**.  Continued failure to comply with the Individual Practices is likely to result in this case being dismissed for failure to prosecute.

IT IS FURTHER ORDERED that the Motion for Default Judgment is DENIED WITHOUT PREJUDICE on the ground that it is procedurally improper.  The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 20.

**SO ORDERED.**

Date:  **May 11, 2026**
       **New York, New York**

_____
        **VALERIE CAPRONI**
   **United States District Judge**

2