UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRUCE CAMERON DAVIDSON, Plaintiff, | : | 26-CV-1051 (VEC) |
| -against- | : | <u>ORDER</u> |
| CAPITAL REALTY NY, LLC, Defendant. | : | |

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 6, 2026, Plaintiff filed a Complaint against Capital Realty NY, LLC ("Defendant"), Compl., Dkt. 1;

WHEREAS Defendant was duly served on February 25, 2026, *see* Dkt. 11;

WHEREAS to date, Defendant has neither answered the Complaint nor appeared in this action;

WHEREAS on April 10, 2026, the Clerk of Court issued a Certificate of Default upon Plaintiff's request, *see* Dkt. 17;

WHEREAS on May 13, 2026, Plaintiff timely moved for default judgment, *see* Dkt. 24, and submitted an affidavit of Plaintiff and of Jordan I. Abisror, Esq., and additional exhibits, in support thereof, *see* Dkts. 25, 26-1 to -6;

WHEREAS on May 14, 2026, the Court ordered that Defendant show cause why default judgment should not be entered in Plaintiff's favor at a hearing on Friday, July 17, 2026, *see* Dkts. 27, 29; and

WHEREAS Defendant did not appear at the hearing.

IT IS HEREBY ORDERED that judgment be entered in favor of Plaintiff BRUCE CAMERON DAVIDSON, and against Defendant CAPITAL REALTY NY, LLC, in the amount of **$11,930**, as follows:

a. **$7,200.00**, reflecting treble damages for the fees Plaintiff would have charged Defendant for a rights-managed license for web use of the copyrighted work for a four-year period. *See* Davidson Decl., Dkt. 25 at 3; Abisror Decl., Dkt. 26 at 6.

b. **$4,220.00**, reflecting reasonable legal fees[1] for professional services rendered in this matter by Jordan I. Abisror, Esq., and Emily Powell. *See* Abisror Decl., Dkt. 25 at 1-2 and Ex. 1.

c. **$510.00**, reflecting other fees and costs incurred in this matter.

IT IS HEREBY FURTHER ORDERED that Defendant CAPITAL REALTY NY, LLC, its officers, agents, servants, employees, affiliated entities, and all those in active concert with it, are hereby permanently restrained and enjoined from copying, displaying, and distributing the copyrighted work titled "AS_06681" under the group registration number VAu-1-254-965. *See* Compl., Dkt. 1, ¶¶ 10–11; Ex. 1.

IT IS HEREBY FURTHER ORDERED that Plaintiff BRUCE CAMERON DAVIDSON be awarded pre-judgment interest from the date of discovery of the infringement alleged, May 23, 2025, through the date of entry of this Order at a rate of 4.15 percent, and post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of this Order at a rate of 3.9 percent.

The Clerk of Court is respectfully directed to enter judgment for Plaintiff as directed herein and to CLOSE this case.

---

1 Based on a review of the Abisror Declaration and supporting materials, *see* Dkt. 25, the Court has determined that a total of 10 hours at a rate of $350.00 per hour is reasonable for work completed on this matter by Mr. Abisror, and that a total of 4.8 hours at a rate of $150.00 per hour is reasonable for work completed on this matter by Ms. Powell. The Court has further determined that no fees will be ordered for work completed by Client Services Liaison Julian Gordon.

**SO ORDERED.**

**Date: July 17, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**