UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE CAMERON DAVIDSON,

Plaintiff,

-against-

CAPITAL REALTY NY, LLC.,

Defendant.

26 CIVIL 01051 (VEC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated July 17, 2026, Judgment is entered in favor of Plaintiff BRUCE CAMERON DAVIDSON, and against Defendant CAPITAL REAL TY NY, LLC, in the amount of $11,930, as follows: a. $7,200.00, reflecting treble damages for the fees Plaintiff would have charged Defendant for a rights-managed license for web use of the copyrighted work for a four-year period. See Davidson Deel., Dkt. 25 at 3; Abisror Deel., Dkt. 26 at 6. b. $4,220.00, reflecting reasonable legal fees1 for professional services rendered in this matter by Jordan I. Abisror, Esq., and Emily Powell. See Abisror Deel., Dkt. 25 at 1-2 and Ex. 1. c. $510.00, reflecting other fees and costs incurred in this matter. IT IS HEREBY FURTHER ORDERED that Plaintiff BRUCE CAMERON DAVIDSON be awarded pre-judgment interest from the date of discovery of the infringement alleged, May 23, 2025, through the date of entry of this Order at a rate of 4.15 percent amounting to $343.82 in pre-judgment interest, and post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of this Order at a rate of 3.9 percent; accordingly, the case is closed.

**Dated:** New York, New York
July 22, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**